# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS, | Case No. 1:17-cv-01653-DAD-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On December 8, 2017, Plaintiff Roger Towers filed a complaint for declaratory relief against Defendant San Joaquin. (Doc. 1.) The complaint seeks declaratory relief for alleged violations of First, Fifth, and Fourteenth Amendments, apparently arising from a dispute regarding property located in San Joaquin County and proceedings conducted by the San Joaquin County Superior Court and the San Joaquin County Planning Commission. (*See id.*)

A reading of Plaintiff's allegations in the complaint reveals that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. Plaintiff alleges he resides in Stanislaus County, California,

which is located in the Fresno Division. However, the events at issue in the complaint occurred in San Joaquin County, which is also the named defendant in the action. San Joaquin County is part of the Sacramento Division. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **December 11, 2017**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE